IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

LEWIS DESEAN HAMILTON,           )
                                 )
                   Petitioner,   )
                                 )
          vs.                    )           No. CIV-08-867-C
                                 )
MARTY SIRMONS,                   )
                                 )
                   Respondent.   )

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Bana Roberts on June 9, 2010. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and the petition for writ of habeas corpus denied. A judgment shall enter accordingly.

IT IS SO ORDERED this 28th day of July, 2010.

ROBIN J. CAUTHRON
United States District Judge